**SENTENCING MINUTE SHEET**               DATE  2/27/2023
(Courtroom #304)

CASE NO. CR-22-66-J-2     Style: USA v. Haley Leeanne Adkison

COMMENCED:  1:00 P.M.     ENDED:  1:30 P.M.

                                         TOTAL TIME:  30 mins

JUDGE Bernard M. Jones          DEPUTY: D. Wayne Lee          REPORTER: Cassy Kerr

| Plf Counsel: Dain Barnett | Dft Counsel: Christine Cave / Laura Neal |
| Probation Officer: John Williamson | Interpreter: |

SENTENCING MINUTE: Defendant appears in person with counsel.   Presentence Report reviewed by government's counsel, defendant's counsel and defendant. No objections were made.

Govt.'s oral motion that defendant receiving the additional acceptance of responsibility credit under USSG 3E1.1(b) is GRANTED.

The Court adopts Presentence Report.

Arguments Heard.

The Defendant addresses the Court.

Motion for downward variance is GRANTED.

☒    Defendant is placed on probation for a period of   5   years.

While on probation, the defendant to abide by standard conditions of supervision:

☒    The defendant shall comply with the standard conditions of supervision adopted by this Court and shall not possess a firearm or other destructive device and shall cooperate in the collection of DNA, as directed by law.

**SPECIAL CONDITIONS:**

☒    The defendant must submit to a search of her person, property, electronic devices or any automobile under her control to be conducted in a reasonable manner and at a reasonable time, for the purpose of determining possession, or evidence of possession, of controlled substances, drug paraphernalia, and/or possession of/trafficking in firearms, at the direction of the probation officer upon reasonable suspicion. Further, the defendant must inform any residents that the premises may be subject to a search.

☒ Defendant Ordered to pay special assessment of <u>$100.00 due immediately</u>.

---

☒ Defendant is advised of right to appeal the judgment, sentence and conviction to the US Court of Appeals for the Tenth Circuit and of right to appeal in forma pauperis.

---

Dft. is released on probation.